Attention: Clerk & Judge

I the Plaintiff Bradley Livingston case # 2:23-cv-23006 would like to make it clear in forthcoming motion to reinstate that I intends to add a claim under 8 U.S.C. § 1325, I may do so as this may impact the Court's decision to reinstate. Plaintiff Bradley Livingston attach a draft of the proposed amended complaint.

*[signature]* Lngstn, Bradley         10/4/24