UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BRADLEY TALMADGE LIVINGSTON**, <br><br> Plaintiff, <br><br> v. <br><br> **GARDA WORLD, LLC,** *et al.*, <br><br> Defendants. | Action No. 23-cv-23006-JXN-SDA <br><br> **WHEREAS OPINION AND ORDER** <br><br> September 2, 2025 |

**STACEY D. ADAMS**, United States Magistrate Judge.

 **THIS MATTER** having come before this Court following an Order to Show Cause returnable on April 28, 2025; and

 **WHEREAS**, the Court issued an Order to Show Cause on April 2, 2025 requiring Plaintiff to appear before the Court on April 28, 2025 to show cause as to why he should not be sanctioned for failing to appear at the April 2, 2025 conference and failing to comply with court orders (ECF No. 165); and

 **WHEREAS,** despite being properly notified of the conference and not receiving an adjournment, Plaintiff inexcusably failed to appear in person on April 28, 2025; and

 **WHEREAS**, Defendants' counsel appeared in Court for the conference; and

 **WHEREAS,** the Court directed Defendants' counsel to submit an affidavit of services to the Court setting forth the fees and costs incurred for time preparing for and appearing at the April 28, 2025 conference at which Plaintiff failed to appear (ECF No. 205); and

 **WHEREAS**, Defendants' counsel submitted an affidavit of costs and fees on May 21, 2025. (ECF No. 206). The affidavit includes a total request of $1,630.95 in costs and fees for 5.0 hours at $315.00 per hour, a rate that is approximately 57% lower than counsel's standard hourly rate. (*Id.* ¶¶

1

11, 12); and

**WHEREAS,** Plaintiff submitted an opposition to Defendants' affidavit of fees services and objected to the sanctions via a letter submitted to the Court on May 21, 2025. (ECF No. 212). Plaintiff requested that the Court reject or reduce the requested fees and costs based on his claimed medical conditions, inflated fees for the duplicative nature of the issues addressed, and because he has been acting in good faith. (*Id.*); and

**WHEREAS**, the Court has already considered Plaintiff's medical documentation and explanation and found it insufficient to justify his failures to participate in this action (ECF No. 204); and

**WHEREAS**, despite Plaintiff's opposition, the Court has reviewed the affidavit of services and finds it to be fair and reasonable in terms of defense counsel's rate and the amount of time spent on the tasks contained therein; and therefore, for good cause shown

**IT IS**, on this **2nd** day of **September**, **2025**, hereby **ORDERED** as follows:

1. Defendants are awarded attorneys' fees and costs in the amount of **$1,630.95** for defense counsel's preparation and appearance at the April 28, 2025 conference. This amount shall be paid by Plaintiff to Defense counsel within thirty (30) days of this Order.

   **SO ORDERED.**

                                  */s/ Stacey D. Adams*
                                **Hon. Stacey D. Adams**
                                **United Stated Magistrate Judge**

Orig:  Clerk
cc:    Parties
       Julien Xavier Neals, U.S.D.J.