UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRADLEY TALMADGE LIVINGSTON,<br><br>    Plaintiff,<br><br>v.<br><br>GARDAWORLD, LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 23-23006 (JXN) (SDA)<br><br>**ORDER** |

**NEALS**, District Judge

Before the Court is *pro se* Plaintiff Bradley Talmadge Livingston's ("Plaintiff") timely objections (ECF No. 214) to Magistrate Judge Stacey D. Adams's May 13, 2025 Report and Recommendation ("R&R") recommending dismissal of Plaintiff's Complaint without prejudice for failure to prosecute and discovery violations (ECF No. 204). The Court has reviewed the R&R, Plaintiff's objections, and the record. For the reasons stated in the accompanying Opinion,

**IT IS** on this 4th day of December, 2025

**ORDERED** that:

1. Plaintiff's objections (ECF No. 214) are **DENIED**;

2. The R&R (ECF No. 204) is **AFFIRMED**;

3. The Complaint (ECF No. 1) is **DISMISSED** *without prejudice*;

4. Plaintiff shall have thirty days from the date of this Order to cure all outstanding discovery deficiencies and move to reinstate the case; and

5. If Plaintiff fails to cure all outstanding discovery deficiencies and move to reinstate the case within thirty days, Defendants may apply to convert this dismissal into dismissal *with prejudice*.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge